# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| QUINCY DEBROCKER STRICKLAND, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:14-CV-0162-RWS |
| SHERIFF BILLY CARLTON SPEED, JAIL COMMANDER SCOTT RICE, KENNETH O'NEAL, Jail MD, and ALYSSA ARMENTI, Nurse, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [9] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendants Sheriff Billy Carlton Speed and Jail Commander Scott Rice are **DISMISSED** from this action. The case will be allowed to proceed as to the remaining Defendants. The case is

AO 72A
(Rev.8/82)

**REFERRED** back to Judge Fuller for service of process and further proceedings.

**SO ORDERED**, this  21st  day of October, 2014.

_____
**RICHARD W. STORY**
United States District Judge