**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| QUINCY DEBROCKER STRICKLAND, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 2:14-CV-00162-RWS-JCF |
| | : | |
| v. | : | |
| | : | |
| KENNETH O'NEAL, M.D., | : | PRISONER CIVIL ACTION |
| ALYSSA ARMENTI, Nurse, | : | 42 U.S.C. § 1983 |
|     Defendants. | : | |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

On October 21, 2014, Plaintiff's medical deliberate indifference claims were allowed to proceed against the two Defendants listed above. (Doc. 16). On October 23, the Court ordered Plaintiff to complete and return within 20 days the forms provided by the Clerk for service of process on these Defendants. (Doc. 17). The Court warned Plaintiff that "failure to comply in a timely manner could result in the dismissal of this civil action." (*Id.*).

Because Plaintiff did not comply, on November 20 the Court ordered him to do so within 14 days and also to show cause why this action should not be dismissed for his failure to comply as previously ordered. (Doc. 18). "Plaintiff [was] cautioned that if he fails to comply with this [second] Order, the undersigned will recommend to the District Judge that the complaint be dismissed." (*Id.* at 2). To date, Plaintiff has not

complied with either of the Court's two previous orders.

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED without prejudice** because Plaintiff has failed to obey lawful orders of the Court. *See* LR 41.3.A.(2), NDGa.

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**SO RECOMMENDED** this 12th day of December, 2014.

      /s/ *J. CLAY FULLER*
      J. CLAY FULLER
      United States Magistrate Judge