IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| QUINCY DEBROCKER STRICKLAND, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:14-CV-0162-RWS |
| KENNETH O'NEAL, Jail MD and ALYSSA ARMENTI, Nurse, | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [19] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED**, **WITHOUT PREJUDICE** due to Plaintiff's failure to obey lawful orders of this Court.

**SO ORDERED**, this  8th  day of January, 2015.

**RICHARD W. STORY**
United States District Judge